**MEMO ENDORSED.**



Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T  877-HERO-CAT (877-437-6228)
E  help@copycatlegal.com

October 4, 2023

**VIA ECF**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   *Otto Archive, LLC v. Blatt Billiard Corp.*
      Case No. 1:23-cv-06312-LAK-OTW

Dear Judge Wang:

  This law firm represents plaintiff Otto Archive, LLC ("Plaintiff") in the above-referenced matter. I write regarding the Initial Case Management Conference currently scheduled for October 11, 2023 at 10:00 am and respectfully request that it be adjourned due to the stipulation entered by the Court extending the time for defendant to file its answer to October 19, 2023 [D.E. 15].

  We also respectfully request that the deadline to submit the joint letter and 26(f) report be extended to a date after October 19, 2023.

  Lastly, undersigned counsel has conferred with defendant's counsel and they do not oppose the relief requested in this letter.

Respectfully submitted,

*Daniel DeSouza*

Daniel DeSouza, Esq.

---

**Application GRANTED. The Initial Case Management Conference and associated deadlines are adjourned sine die.**

**The parties are directed to file a joint letter on or before October 19, 2023 proposing three dates for a telephonic conference in November to discuss the prospects for early resolution of this action.**

**SO ORDERED.**

*Ona T. Wang*
_____
Ona T. Wang            10/6/2023
U.S.M.J.

1 | Page