IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-06312

**MEMO ENDORSED**

OTTO ARCHIVE, LLC,

    Plaintiff,

v.

BLATT BILLIARD CORP.,

    Defendant.

DOC #: _____
ELECTRONICALLY FILED
DATE FILED: 11/29/23

### JOINT NOTICE OF SETTLEMENT

Plaintiff OTTO Archive, LLC ("Plaintiff") and defendant Blatt Billiard Corp. ("Defendant"), hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: November 28, 2023.

**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq

*Attorneys for Plaintiff*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
150 East 42nd Street
New York, New York 10017
Telephone: (212) 490-3000
Jura.Zibas@wilsonelser.com

By: /s/ Jura C. Zibas
    Jura C. Zibas, Esq.

*Attorneys for Defendant*

MEMO ENDORSEMENT

This case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before December 29, 2023, if the settlement has not been consummated by then.

So Ordered: _____ /s/ Lewis A. Kaplan
    Hon. Lewis A. Kaplan, U.S.D.J
Dated : 11/29/2023